UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | No. 1:23-cv-00850-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>(ECF Nos. 5, 16) |

Plaintiff Hussein Ali proceeds *pro se* in this lawsuit alleging Federal civil rights and state law violations against Defendant American Airlines, Inc. (ECF No. 1.) On June 9, 2023, the Defendant filed a motion to dismiss this matter for failure to state a claim. (ECF No. 5.) On June 14, 2023, the Plaintiff filed an opposition to the motion to dismiss, and on June 23, 2023, the Defendant file its reply. (ECF Nos. 11, 14.) The motion to dismiss was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 15.)

On June 28, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that Defendant's motion to dismiss be granted and that the complaint be dismissed without further leave to amend. (ECF No. 16 at 12.) The findings and recommendations contained a notice that any objections were due within twenty-one (21) days from the date of service. (*Id*.) The deadline to file objections has passed and Defendant has not filed any objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on June 28, 2023, (ECF No. 16), are ADOPTED in full.
2. Defendant's motion to dismiss, (ECF No. 5), is GRANTED.
3. Plaintiff's complaint is DISMISSED without further leave to amend.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 4, 2023

UNITED STATES DISTRICT JUDGE